AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Tyler Earl Ethridge

_____
*Defendant*

)
)
)
)
)
)
)

Case: 1:22-mj-00154
Assigned To : Harvey, G. Michael
Assign. Date : 7/7/2022
Description: Complaint W/ Arrest Warrant

**Colorado Case: 22-mj-00120-STV**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                          Tyler Earl Ethridge                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. §§ 1512(c)(2)- Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:      07/07/2022

City and state:        Washington, D.C.

G. Michael Harvey   Digitally signed by G. Michael Harvey
Date: 2022.07.07 10:40:09 -04'00'
_____
*Issuing's signature*

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  7/7/2022 , and the person was arrested on *(date)*  7/8/2022 at *(city and state)*  Denver, Colorado . |

Date:  7/8/2022

_____
John W. Smith
*Arresting officer's signature*

John W. Smith - Special Agent FBI
*Printed name and title*